# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON HELMER,<br><br>    Plaintiff,<br><br>    v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>    Defendant. | Case No. 1:25-cv-01254-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>**DECEMBER 31, 2025 DEADLINE** |

On December 10, 2025, the parties filed a notice of settlement, informing the Court that a settlement has been reached. (ECF No. 11.) Because the parties have not otherwise offered a deadline to file dispositional documents, the Court will set a twenty-one (21) day deadline in accordance with Local Rule 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiff shall file dispositional documents **no later than December 31, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __December 11, 2025__

STANLEY A. BOONE
United States Magistrate Judge