# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON HELMER,<br><br>    Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>    Defendant. | Case No. 1:25-cv-01254-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 13) |

On December 31, 2025, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 13.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 31, 2025**

                STANLEY A. BOONE
                United States Magistrate Judge